UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Better Homes Realty, Inc.<br><br>        Plaintiff,<br><br>   v.<br><br>Vecchio, et al.,<br><br>        Defendants. | Case No. 5:15-cv-03089-YGR<br><br>ORDER RE: ATTENDANCE AT MEDIATION<br><br>Date: February 15, 2016<br>Mediator: Michael Page |

IT IS HEREBY ORDERED that the request to excuse defendants William Zeltman III, Mike Frusci, and Ronnie Glomb from appearing in person at the February 15, 2016 mediation is GRANTED. All three defendants shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: February 5, 2016

_____
Maria-Elena James
United States Magistrate Judge