UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BETTER HOMES REALTY, INC.**,

    Plaintiff,

    v.

**LAWRENCE VECCHIO, ET AL.**,

    Defendants.

Case No. 15-cv-03089-YGR

**ORDER SETTING COMPLIANCE HEARING**

The Court understands that the above-captioned case settled prior to the scheduled mediation session. Accordingly, a compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, March 25, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (1) a Stipulation of Dismissal; or (2) a one-page Joint Statement setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: February 26, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**