STEVEN C. MITCHELL, ESQ., SBN 124644
MATTHEW K. GOOD, ESQ., SBN 226962
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
90 South E Street, Suite 300
Santa Rosa, California   95404
Telephone:  707/545-1660
Facsimile:   707/545-1876
smitchell@gearylaw.com
mgood@gearylaw.com

Attorneys for Plaintiff
BETTER HOMES REALTY, INC.

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTER HOMES REALTY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE VECCHIO, JOSEPH SHERIDAN, VICTOR GIAMANCO, ANTHONY ROCCHINO, WILLIAM ZELTMAN III, MIKE FRUSCI, BARBARA ADAMS, BARBARA SHIRVANIAN WOODIE, RONNIE GLOMB V.R.I. REALTY, L.L.C., WEB REALTY MARKETING, INC. and DOES 1 – 50,<br><br>　　　　Defendants. | CASE NO.:  3:15-cv-03089-YGR<br><br>**STIPULATED FINAL JUDGMENT AND [PROPOSED] ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF; DISMISSAL WITH PREJUDICE OF REMAINING CLAIMS**<br><br>**\*AS MODIFIED BY THE COURT\*** |

WHEREAS, plaintiff filed the above action on or about July 2, 2015;

WHEREAS, the parties having entered into a Settlement Agreement which provides, among other things, for a stipulated final judgment and order for permanent injunction and other equitable relief, and for a dismissal of all other remaining claims and causes of action, with prejudice ("Order");

NOW, THEREFORE, plaintiff and defendants Lawrence Vecchio ("Vecchio") , Joseph Sheridan ("Sheridan"), Victor Giamanco ("Giamonco") and V.R.I. Realty, L.L.C. ("VRI"), having requested the court to enter this Order, and the court having considered the Order reached by the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

## ORDER

1. IT IS ORDERED that Vecchio, Sheridan, Giamanco and VRI and their agents, officers, employees, representatives, successors, assigns, attorneys, franchisees, sub-franchisees, related entities and any persons or entities acting for, with, by, through or under control of or authority from defendants, and each of them, are permanently enjoined from:

   (a) Using the Better Homes Realty trademark or any colorable imitation thereof; and

   (b) Using any trademark, business name or domain name that imitates, mimics or is confusingly similar to or in any way similar to the Better Homes Realty trademark or in any way makes use of the name Better Homes where that is likely to cause confusions, mistake, deception or public misunderstanding as to the origin of BHR services or their connectedness to defendants.

2. The Court shall retain jurisdiction of the action and the parties thereto for purposes of construction and enforcement of this Order for a period of one year from the date of this Order.

3. Any and all other claims or causes of action against Vecchio, Sheridan, Giamonco and VRI, as set forth in the above entitled action, as well as all claims and causes of action against all other named defendants are hereby dismissed, with prejudice.

4. The Court orders the administrative closure of this case. A party may reopen the case for enforcement of the injunctive relief or the settlement agreement entered into by and between the parties for a period of one year from the date of this Order.

This Order terminates Docket Number 44.

SO ORDERED, this 22nd day of March, 2016.

_____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Court Judge

Law Offices of
Geary,
Shea,
O'Donnell
Grattan
Mitchell
p.c.

- 2 -
Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief

STIPULATED AND AGREED:

DATED:                                        GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By _____
    STEVEN C. MITCHELL
    Attorneys for Plaintiff
    BETTER HOMES REALTY, INC.

DATED:                                        GCA LAW PARTNERS LLP

By _____
    E. DAVID MARKS
    Attorneys for Defendants
    LAWRENCE VECCHIO, VICTOR GIAMANCO and RONNIE GLOMB